

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 9, 1939

Honorable Charley Lockhart
State Treasurer
Austin, Texas

Dear Sir:

Attention: Mr. H. Morris Stevens

Opinion No. O-435

Re: Article 7047e. Must a deed
of trust from The Kansas City
Life Ins. Co. to the Super-
intendent of Insurance of
Missouri) bear the stamps?

We are in receipt of your letter of March 6, 1939, where-
in you ask the following question:

"Would there be any note tax due on a deed of
trust from The Kansas City Life Insurance Company to
the Superintendent of Insurance for the State of
Missouri, such instrument being offered for record in
Hunt County, Texas."

No facts are given except such as are embodied in the
question. We shall assume that the deed of trust is given for the
security of policy-holders of the Kansas City Life Insurance
Company in pursuance of Article 5717, Revised Statutes of Missouri,
1929.

Article 7047e levies a stamp tax upon all obligations
secured by certain classes of liens, and exempts only those
taken by or on behalf of the United States or an instrumentality
thereof.

We hardly believe it necessary to determine what the
effect, if any, would be if the note and deed of trust with which
we are now concerned were beneficially owned by the State of Missouri.

For, any immunity from tax because of State ownership extends only to that property which properly belongs to the State. Bonaparte v. Appeal Tax Court, 26 L. Id. 854; 61 C. J. 367.

As we understand, the Superintendent of Insurance of the State of Missouri is acting only in the capacity of trustee, the holder of a fund for the security of policy-holders. That State has no direct financial interest in the fund, but its interest is rather one of policy.

If the assumption which we have made herein is erroneous, kindly advise us.

The instrument should bear the stamps provided by the Act before being accepted for record.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis

Glenn R. Lewis
Assistant

GRL:N

APPROVED

ATTORNEY GENERAL OF TEXAS